**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM TODD SEYLER,

    Plaintiff,

v.                                                Case No: 8:22-cv-509-CEH-AAS

HIGGINS AG, LLC, BRENT
HIGGINS, MARIANNE HIGGINS
and BART MCLENDON,

    Defendants.
_____/

**ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on August 25, 2022 (Doc. 63). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Court grant the parties' Joint Motion for Order Approving Settlement and Dismissing Case with Prejudice (Doc. 61). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

      Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

      **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 63) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Order Approving Settlement and Dismissing Case with Prejudice (Doc. 61) is **GRANTED.** The Settlement Agreement (Doc. 61 - Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are ordered to comply with the terms of the Agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Tampa, Florida on September 12, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record